UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRACEY HARRIS, individually and on behalf of a
class of similarly situated employees,

                        Plaintiff,

             v.

LOCAL 3, INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS,

                        Defendant.
-------------------------------------------------------------------X

Case No. 22 Civ. 6612

**CLASS ACTION COMPLAINT**

**JURY DEMAND**

Plaintiff, by her attorneys, alleges as follows:

1. Plaintiff was at all relevant times an employee, as defined at 29 U.S.C. § 152(3), of Charter Communications, Inc. ("Charter"), represented for collective bargaining purposes by Local 3, International Brotherhood of Electrical Workers ("Local 3").

2. Local 3 is a labor organization as that term is defined at 29 U.S.C. § 152(5). Its offices and headquarters are located at 158-11 Harry Van Arsdale Jr Ave., Flushing, NY, 11365.

3. This Court has jurisdiction under 29 U.S.C. § 185.

4. On May 23, 2017, after years of unproductive contract negotiations, Local 3, which represented 1,800 Charter service technicians, called a strike.

5. On or about April 18, 2022, without notice or consultation with the striking employees, Local 3 reached an agreement with Charter whereby Local 3 disclaimed interest in representing the technicians at Charter, ended all litigation including NLRB charges alleging bad-faith bargaining, and accepted a sum of money paid to the Local 3 Pension Fund to cover "withdrawal liability."

6. Plaintiff was informed of the union action in a perfunctory letter mailed out on April 27, 2023 and received on or after April 30, 2023.

7. Local 3, during the last 12 to 18 months before the settlement with Charter, and in connection with the settlement, failed to inform Plaintiff and the class she represents about negotiations with Charter or the settlement with Charter, nor did they seek consent from the workers whom they were abandoning, causing Plaintiff and her class to lose their jobs.

8. Local 3's actions were arbitrary, capricious and in bad faith, and a breach of its duty of fair representation.

9. As a result of this breach, Plaintiff and her class have suffered a loss of jobs and benefits in a sum greater than $100 million.

10. Plaintiff represents a class of similarly situated Charter employees represented by Local 3.

11. Plaintiff demands a jury trial.

WHEREFORE, Plaintiff prays that the Court:

a. Declare that Local 3 has breached its duty of fair representation;

b. Award Plaintiff and her class a sum equal to their losses;

c. Award Plaintiff's attorneys' fees; and

d. Award such other and further relief as is just and equitable.

Dated: New York, New York
October 31, 2022

ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS
Attorneys for Plaintiff

By: /s/ *Arthur Z. Schwartz*
Arthur Z. Schwartz
225 Broadway, Suite 1902
New York, New York 10007
(212) 285-1400
aschwartz@afjlaw.com