UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TRACEY HARRIS, LAWRENCE O'ROURKE,
and ANTHONY GAGLIANO,

        Plaintiffs,                        JUDGMENT

    v.                                        22-CV-6612 (RPK) (JRC)

LOCAL 3, INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS,

        Defendant.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on August 14, 2025, granting Local 3's motion for summary judgment; it is

        ORDERED and ADJUDGED that Local 3's motion for summary judgment is granted.

Dated: Brooklyn, NY                                     Brenna B. Mahoney
       August 18, 2025                                 Clerk of Court

                                                        By: */s/Jalitza Poveda*
                                                             Deputy Clerk